```
 1  ROBERT A. BUCCOLA, ESQ. / SBN: 112880
    HANK G. GREENBLATT, ESQ. / SBN: 143415
 2  VICTORIA M. YAMAMOTO, ESQ. / SBN: 176445
    DREYER BABICH BUCCOLA WOOD, LLP
 3  20 Bicentennial Circle
    Sacramento, CA 95826
 4  Telephone: (916) 379-3500
    Facsimile: (916) 379-3599
 5

 6  JAMES R. DONAHUE, ESQ. / SBN: 105106
    MICHAEL E. MYERS, ESQ. / SBN: 099451
 7  CAULFIELD, DAVIES & DONAHUE, LLP
    Post Office Box 277010
 8  Sacramento, CA 95827-7010
    Telephone: (916) 817-2900
 9  Facsimile: (916) 817-2644

10  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J.; NORA J. and NOAH J.; MINORS BY AND THROUGH THEIR GUARDIAN AD LITEM, CURTIS R. NAMBA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY SOCIAL SERVICES; DOE ALAMEDA COUNTY SOCIAL SERVICES' SOCIAL WORKER; ALAMEDA COUNTY SOCIAL SERVICES' SUPERVISOR; WEST COAST CHILDREN'S CLINIC; DOES 1 through 60 inclusive,<br><br>Defendants. | Case No.: 4:11-cv-04123 CW<br><br>**STIPULATION FOR ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Claudia Wilken |

IT IS HEREBY STIPULATED between the parties, by and through their counsel of record:

1. That this matter is currently set for hearing on September 27, 2011 as pertaining to the Defendants' Motions to Dismiss and Plaintiffs' Opposition Papers to same.

2. That Defendants, COUNTY OF ALAMEDA and WEST COAST, et al. agree to withdraw their respective Motions to Dismiss and request that the hearing date of September

-1-
**Stipulation For Order For Leave To File Second Amended Complaint**
Case No.: 4:11-cv-04123-CW

27, 2011 be vacated.

3. That Plaintiffs and Defendants, COUNTY OF ALAMEDA and WEST COAST, et al. agree to an Order granting Plaintiff's leave to file a Second Amended Complaint by Plaintiffs.

4. Plaintiffs will file their Second Amended Complaint within fourteen days of the filing of this stipulation.

5. Defendants, COUNTY OF ALAMEDA and WEST COAST, et al., will each respectively have the opportunity to challenge the sufficiency of the new pleading with a Rule 12 Motion.

IT IS SO STIPULATED.

DATED:            **DREYER BABICH BUCCOLA WOOD, LLP**

By:_____
ROBERT A. BUCCOLA
Attorney for Plaintiffs, R.J.; N.J. and N.J., minors,
By and through their Guardian Ad Litem, Curtis R. Namba

DATED: 9/19/2011    **CAULFIELD, DAVIES & DONAHUE, LLP**

By:_____
JAMES R. DONAHUE
Attorney for Plaintiffs, R.J.; N.J. and N.J., minors,
By and through their Guardian Ad Litem, Curtis R. Namba

DATED:            **PERRY JOHNSON ANDERSON, et al.**

By:_____
ANNE C. D'ARCY
Attorney for Defendant, West Coast Children's C Clinic

DATED:            **HAAPALA THOMPSON & ABERN, LLP**

By:_____
REBECCA W. WIDEN
Attorney for Defendant, County of Alameda

1  27, 2011 be vacated.

2      3.    That Plaintiffs and Defendants, COUNTY OF ALAMEDA and WEST COAST, et al. agree to an Order granting Plaintiff's leave to file a Second Amended Complaint by Plaintiffs.

    4.    Plaintiffs will file their Second Amended Complaint within fourteen days of the filing of this stipulation.

    5.    Defendants, COUNTY OF ALAMEDA and WEST COAST, et al., will each respectively have the opportunity to challenge the sufficiency of the new pleading with a Rule 12 Motion.

IT IS SO STIPULATED.

DATED:     **DREYER BABICH BUCCOLA WOOD, LLP**

By:_____
ROBERT A. BUCCOLA
Attorneys for Plaintiffs, R.J.; N.J. and N.J., minors, By and through their Guardian Ad Litem, Curtis R. Namba

DATED:     **CAULFIELD, DAVIES & DONAHUE, LLP**

By:_____
JAMES R. DONAHUE
Attorneys for Plaintiffs, R.J.; N.J. and N.J., minors, By and through their Guardian Ad Litem, Curtis R. Namba

DATED:     **PERRY JOHNSON ANDERSON, et al.**

By:_____
ANNE C. D'ARCY
Attorneys for Defendant, West Coast Children's Clinic

DATED: 9/19/11     **HAAPALA THOMPSON & ABERN, LLP**

By: /s/ Rebecca S. Widen
REBECCA S. WIDEN
Attorneys for Defendant, County of Alameda

1  27, 2011 be vacated.

2      3.    That Plaintiffs and Defendants, COUNTY OF ALAMEDA and WEST COAST, et al.
3  agree to an Order granting Plaintiff's leave to file a Second Amended Complaint by Plaintiffs.

4      4.    Plaintiffs will file their Second Amended Complaint within fourteen days of the
5  filing of this stipulation.

6      5.    Defendants, COUNTY OF ALAMEDA and WEST COAST, et al., will each
7  respectively have the opportunity to challenge the sufficiency of the new pleading with a Rule
8  12 Motion.

9      IT IS SO STIPULATED.

10 DATED:                **DREYER BABICH BUCCOLA WOOD, LLP**

12 By:_____
      ROBERT A. BUCCOLA
13       Attorney for Plaintiffs, R.J.; N.J. and N.J., minors,
      By and through their Guardian Ad Litem, Curtis R.
14       Namba

15 DATED:                **CAULFIELD, DAVIES & DONAHUE, LLP**

17 By:_____
      JAMES R. DONAHUE
18       Attorney for Plaintiffs, R.J.; N.J. and N.J., minors,
      By and through their Guardian Ad Litem, Curtis R.
19       Namba

20 DATED: 19 Sept. 2011    **PERRY JOHNSON ANDERSON, et al.**

22 By: /s/ Anne C. D'Arcy
      ANNE C. D'ARCY
23       Attorney for Defendant, West Coast Children's C
      Clinic

25 DATED:                **HAAPALA THOMPSON & ABERN, LLP**

26

27 By:_____
      REBECCA W. WIDEN
      Attorney for Defendant, County of Alameda
28

## ORDER

Pursuant to stipulation and for good cause shown, it is SO ORDERED. The Motions of Defendants, COUNTY OF ALAMEDA, ALAMEDA COUNTY SOCIAL SERVICES, DOE ALAMEDA COUNTY SOCIAL SERVICES' SOCIAL WORKER, ALAMEDA COUNTY SOCIAL SERVICES' SUPERVISOR and WEST COAST CHILDREN'S CLINIC, are hereby dropped. Plaintiffs are granted leave to amend to file their Second Amended Complaint no later than October 3, 2011. Defendants shall file their responses to the Second Amended Complaint no later than October 17, 2011.

Dated: 9/20/2011

_____
Honorable Claudia Wilken
United States District Judge