IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J.; NORA J.; NOAH J.; minors, by and through their guardian ad litem, CURTIS R. NAMBA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY DEPARTMENT OF SOCIAL SERVICES; WEST COAST CHILDREN'S CLINIC; and DOES 1-60,<br><br>　　　　Defendants.<br>_____/ | No. C 11-4123 CW<br><br>ORDER DENYING DEFENDANT WEST COAST CHILDREN'S CLINIC'S REQUEST FOR ENTRY OF JUDGMENT<br>(Docket No. 32) |

　　Defendant West Coast Children's Clinic requests that the Court enter judgment as to the claims against it by Plaintiffs Ronald J., Nora J. and Noah J., by and through their guardian ad litem, Curtis R. Namba.  In support thereof, Defendant states that the Court dismissed Plaintiffs' claims against it and that Plaintiffs did not amend their complaint to re-assert the claims against it within the time period permitted by the Court.

　　Federal Rule of Civil Procedure 54 provides in part, "When an action presents more than one claim for relief . . . or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."  Fed. R. Civ. P. 54(b).

　　Defendant has not demonstrated that there is no just reason to delay entry of final judgment against it until such time that the Court can enter a judgment adjudicating all the claims and all

1  the parties' rights and liabilities.  Accordingly, the Court
2  DENIES Defendant's request for entry of partial judgment (Docket
3  No. 32).
4       IT IS SO ORDERED.

6  Dated: 12/27/2011
   CLAUDIA WILKEN
   United States District Judge