**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD J. *et al.*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF ALAMEDA *et al.*,<br><br>　　　　Defendants. | Case No.: C-11-04123-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets and resets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 24, 2014 at 2:00 p.m. |
| REFERRED TO ADR for a Settlement Conference before Magistrate Judge James to occur by | December 15, 2012 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | May 29, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | May 15, 2013 |
| DISCLOSURE OF EXPERTS (Retained/Non-Retained): | Opening: October 18, 2013<br>Rebuttal: November 19, 2013 |
| EXPERT DISCOVERY CUTOFF: | December 19, 2013 |
| DISPOSITIVE MOTIONS[1] To Be Heard By: | April 29, 2014 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 13, 2014 |
| PRETRIAL CONFERENCE: | Friday, June 27, 2014 at 9:00 a.m. |
| TRIAL DATE: | Monday, July 14, 2014 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | 8 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  The parties must comply with both the Court's Standing Order in Civil Cases and Standing
2  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing
3  Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**