**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD J. *et al.*,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF ALAMEDA *et al.*,<br><br>　　　Defendants. | Case No.: C-11-04123-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets and resets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 24, 2014 at 2:00 p.m. |
| REFERRED TO ADR for a Settlement Conference before Magistrate Judge James to occur by | December 15, 2012 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | May 29, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | May 15, 2013 |
| DISCLOSURE OF EXPERTS (Retained/Non-Retained): | Opening: October 18, 2013<br>Rebuttal: November 19, 2013 |
| EXPERT DISCOVERY CUTOFF: | December 19, 2013 |
| DISPOSITIVE MOTIONS[1] To Be Heard By: | April 29, 2014 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 13, 2014 |
| PRETRIAL CONFERENCE: | Friday, June 27, 2014 at 9:00 a.m. |
| TRIAL DATE: | Monday, July 14, 2014 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | 8 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**