ROBERT A. BUCCOLA, ESQ. / SBN: 112880
HANK G. GREENBLATT, ESQ. / SBN: 143415
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

JAMES R. DONAHUE, ESQ. / SBN: 105106
MICHAEL E. MYERS, ESQ. / SBN: 099451
**CAULFIELD, DAVIES & DONAHUE, LLP**
Post Office Box 277010
Sacramento, CA 95827-7010
Telephone: (916) 817-2900
Facsimile: (916) 817-2644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J.; NORA J. and NOAH J.; MINORS BY AND THROUGH THEIR GUARDIAN AD LITEM, CURTIS R. NAMBA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY SOCIAL SERVICES; DOE ALAMEDA COUNTY SOCIAL SERVICES' SOCIAL WORKER; DOE ALAMEDA COUNTY SOCIAL SERVICES' SUPERVISOR; WEST COAST CHILDREN'S CLINIC; DOES 1 through 60 inclusive,<br><br>Defendants. | Case No.: 4:11-CV-04123 YGR<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Settlement Conference: November 7, 2012 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record that the Settlement Conference, currently scheduled on November 7, 2012, at 10:00 a.m. in Magistrate Judge Maria-Elena James' chambers, be continued.

Counsel has conferred and has selected alternative dates for the Settlement Conference, as follows: January 8, 2013 and January 9, 2013, based on Court availability.

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**

-2-

| | |
|---|---|
| DATED: October 16, 2012 | **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP** |

By: /s/ *Hank G. Greenblatt*
HANK G. GREENBLATT
Attorney for Plaintiffs, R.J.; N.J. and N.J., minors,
By and through their Guardian Ad Litem,
Curtis R. Namba, Esq.

DATED: October 22, 2012     **HAAPALA, THOMPSON & ABERN, LLP**

By: /s/ *Rebecca Widen*
REBECCA WIDEN
Attorneys for Defendants, County of Alameda,
Alameda County Social Services' Social Worker
and Alameda County Social Services' Supervisor

DATED: October 17, 2012     **PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP**

By: /s/ *Anne C. D'Arcy*
ANNE C. D'ARCY
Attorneys for Defendants, West Coast Children's
Clinic

**IT IS SO ORDERED** that the Settlement Conference of November 7, 2012 is continued to January 9, 2013 at 10:00 a.m., in chambers.

DATED: November 5, 2012     _____
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Maria-Elena James

**PROOF OF SERVICE – FRCP, Rule 5(b)**

RONALD J.; NORA J.; NOAH J. v. County of Alameda, et al.
*United States Northern District Court Case No.: 4:11-CV-04123-VGR*

I, Lisa J. Ventura, declare that:

I am a citizen of the United States and am over the age of eighteen years and not a party to the within above-entitled action. I am an employee of Dreyer Babich Buccola Wood Campora, LLP and my business address is 20 Bicentennial Circle, Sacramento, CA 95826.

On October 22, 2012, I served the within document:

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**

On the parties in said action addressed as follows:

| | |
|---|---|
| REBECCA WIDEN, ESQ. (SBN 219207)<br>HAAPALA, THOMPSON & ABERN, LLP<br>Park Plaza Building<br>1939 Harrison Street, Suite 800<br>Oakland, CA 94612 | Attorneys for Defendants, County of Alameda, Alameda County Social Services' Social Worker and Alameda County Social Services' Supervisor |
| ANNE C. D'ARCY, ESQ. (SBN 232948)<br>PERRY, JOHNSON, ANDERSON, MILLER &<br>MOSKOWITZ, LLP<br>438 First Street, Fourth Floor<br>Santa Rosa, CA 95402-1028<br>Telephone: (707) 525-8800<br>Facsimile: (707) 545-8242 | Attorneys for West Coast Children's Clinic |

☐ **BY FACSIMILE MACHINE (FAX):** On _____, 2012, at _____ a.m./p.m. by use of facsimile machine telephone number (916) 379-3599, I served a true copy of the aforementioned document(s) on the parties in said action by transmitting by facsimile machine to the numbers as set forth above. The facsimile machine I used complied with California Rules of Court, Rule 2.301 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

☒ **BY MAIL:** I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned document(s) on the parties in said action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on this date, following ordinary business practices, at Sacramento, CA, addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 22, 2012, at Sacramento, CA.

_____
Lisa J. Ventura

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**