1  ROBERT A. BUCCOLA, ESQ. / SBN: 112880
   HANK G. GREENBLATT, ESQ. / SBN: 143415
2  **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
   20 Bicentennial Circle
3  Sacramento, CA 95826
   Telephone:  (916) 379-3500
4  Facsimile:  (916) 379-3599

5  JAMES R. DONAHUE, ESQ. / SBN:  105106
   MICHAEL E. MYERS, ESQ. / SBN:  099451
6  **CAULFIELD, DAVIES & DONAHUE, LLP**
   Post Office Box 277010
7  Sacramento, CA 95827-7010
   Telephone:  (916) 817-2900
8  Facsimile:  (916) 817-2644

9  Attorneys for Plaintiffs

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  RONALD J.; NORA J. and NOAH J.;          Case No.: 4:11-CV-04123 YGR
    MINORS BY AND THROUGH THEIR
15  GUARDIAN AD LITEM, CURTIS R. NAMBA,      **STIPULATION TO CONTINUE**
                                             **SETTLEMENT CONFERENCE**
16       Plaintiffs,

17       v.
                                             Settlement Conference: January 9, 2013
18  COUNTY OF ALAMEDA; ALAMEDA
    COUNTY SOCIAL SERVICES; DOE
19  ALAMEDA COUNTY SOCIAL SERVICES'
    SOCIAL WORKER; DOE ALAMEDA
20  COUNTY SOCIAL SERVICES'
    SUPERVISOR; WEST COAST CHILDREN'S
21  CLINIC; DOES 1 through 60 inclusive,

22       Defendants.

23  _____

24       IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of

25  record that the Settlement Conference, currently scheduled on January 9, 2013, at 10:00 a.m.

26  in Magistrate Judge Maria-Elena James' chambers, be continued.

27       Counsel has conferred and has selected an alternative date for the Settlement

28  Conference, as follows: April 19, 2013, based on Court availability.

-1-
**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**

1  DATED: January 3, 2013          **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

2

3                                  By:     /s/   Robert A. Buccola
                                           ROBERT A. BUCCOLA
4                                          Attorney for Plaintiffs, R.J.; N.J. and N.J., minors,
                                           By and through their Guardian Ad Litem,
5                                          Curtis R. Namba, Esq.

6

7  DATED: January 3, 2013          **HAAPALA, THOMPSON & ABERN, LLP**

8
                                   By:     /s/   Rebecca Widen
9                                          REBECCA WIDEN
                                           Attorneys for Defendants, County of Alameda,
10                                         Alameda County Social Services' Social Worker
                                           and Alameda County Social Services' Supervisor
11

12 DATED: January 3, 2013          **PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP**

13

14                                 By:     /s/   Anne C. D'Arcy
                                           ANNE C. D'ARCY
15                                         Attorneys for Defendants, West Coast Children's
                                           Clinic
16

17

18

19     **IT IS SO ORDERED** that the Settlement Conference of January 9, 2013 is continued to
   May 15, 2013
20 ~~April 19, 2013~~ at 10:00 a.m., in chambers.

21

22 DATED: January 7 , 2013

23

24

25                                 Judge Maria-Elena James

26

27

28

-2-
**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**

**PROOF OF SERVICE – FRCP, Rule 5(b)**

RONALD J.; NORA J.; NOAH J. v. County of Alameda, et al.
*United States Northern District Court Case No.: 4:11-CV-04123-VGR*

I, Darlene M. Bunnell, declare that:

I am a citizen of the United States and am over the age of eighteen years and not a party to the within above-entitled action. I am an employee of Dreyer Babich Buccola Wood Campora, LLP and my business address is 20 Bicentennial Circle, Sacramento, CA 95826.

On January 3, 2013, I served the within document:

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**

On the parties in said action addressed as follows:

| | |
|---|---|
| REBECCA WIDEN, ESQ. (SBN 219207)<br>HAAPALA, THOMPSON & ABERN, LLP<br>Park Plaza Building<br>1939 Harrison Street, Suite 800<br>Oakland, CA 94612 | Attorneys for Defendants, County of Alameda, Alameda County Social Services' Social Worker and Alameda County Social Services' Supervisor |
| ANNE C. D'ARCY, ESQ. (SBN 232948)<br>PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP<br>438 First Street, Fourth Floor<br>Santa Rosa, CA 95402-1028<br>Telephone: (707) 525-8800<br>Facsimile: (707) 545-8242 | Attorneys for West Coast Children's Clinic |

☐ **BY FACSIMILE MACHINE (FAX):** On _____, 2013, at _____ a.m./p.m. by use of facsimile machine telephone number (916) 379-3599, I served a true copy of the aforementioned document(s) on the parties in said action by transmitting by facsimile machine to the numbers as set forth above. The facsimile machine I used complied with California Rules of Court, Rule 2.301 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

☒ **BY MAIL:** I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned document(s) on the parties in said action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on this date, following ordinary business practices, at Sacramento, CA, addressed as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 3, 2013, at Sacramento, CA.

_____
Darlene M. Bunnell