Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570

Attorneys For Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| R.J.; N.J.; and N.J.; MINORS, BY AND THROUGH THEIR GUARDIAN AD LITEM CURTIS R. NAMBA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY DEPARTMENT OF SOCIAL SERVICES; WESTCOAST CHILDREN'S CLINIC; DOES 1 through 60, inclusive,<br><br>Defendants. | Case No.: C11-04123 YGR (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their attorneys of record, that the Settlement conference currently scheduled on May 15, 2013, at 10:00 a.m. in Magistrate Judge James' chambers be continued.

Counsel has conferred and has selected an alternative date for the Settlement Conference of **June 28, 2013, at 10:00 a.m.**, based on Court availability.

Dated:  April 11, 2013           DREYER BABICH BUCCOLA
                                  CALLAHAM & WOOD, LLP


                              By: */s/ Lisa J. Venutra
                                   Lisa J. Ventura
                                   Attorneys for Plaintiff
                                   *Ms. Ventura gave her consent to e-file this document
/

1

*R.J., et al. v. County of Alameda, et al.* / Case #C11-04123 YGR
Stipulation And [Proposed] Order To Continue Settlement Conference

Dated: April 11, 2013            HAAPALA, THOMPSON & ABERN, LLP

By:   /s/ Rebecca S. Widen
     Clyde A. Thompson
     Attorneys For Defendant
     COUNTY OF ALAMEDA

## **ORDER**

IT IS SO ORDERED that the Settlement Conference of May 15, 2013 is continued to June 28, 2013, at 10:00 a.m., in Chambers.

Dated:   April 16, 2013

_____
Magistrate Judge Maria-Elena James

2

*R.J., et al. v. County of Alameda, et al.* / Case #C11-04123 YGR
Stipulation And [Proposed] Order To Continue Settlement Conference