**NOT FOR CITATION**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RONALD J.; NORA J. AND NOAH J.; minors by and through their Guardians ad Litem,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF ALAMEDA**, *et al.*,<br><br>Defendants. | **Case No.: 11-CV-4123 YGR**<br><br>**ORDER DENYING PETITION FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT AS UNNECESSARY** |

The Court has received a Petition for Withdrawal of Funds from Blocked Account dated July 25, 2014 and filed under seal on July 31, 2014. (Dkt. No. 67 ("Petition").) The Petition is signed by the parents of plaintiff Ronald J. ("Ronald") and requests release of all funds remaining in the $5,000 blocked account established on Ronald's behalf as part of a minor's compromise approved by the Court on November 1, 2013 (Dkt. No. 56 ("November 1 Order"). The record before the Court reflects that, since November 1, 2013, Ronald has turned 18. The Petition asks that the remaining funds in Ronald's blocked account be released to Ronald directly. (Petition at 2.) The funds total about $1,900, exclusive of any interest earned.

The Court appreciates the parents' and Ronald's obvious intention to comply with the process established for withdrawing funds from the blocked accounts. That said, court approval of withdrawals is not required once any of the minor plaintiffs, including Ronald, turns 18. The Court

calls the parents' and Ronald's attention to the Court's November 1 Order.  On page 2 of that order, in paragraph number 2, the Court ordered that the money in the blocked accounts could only be withdrawn by court order "until the minor attains the age of 18 years."  This means that after "the minor"—that is, Ronald or, eventually, the twins—turns 18, no court order is required.

As the Court stated in the November 1 Order: "When the minor attains the age of 18 years, the depository"—that is, the bank where Ronald's account is located—"without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order."  (Nov. 1 Order at 2, ¶ 2.)  In other words: **Because Ronald has turned 18, he may now withdraw the money from the bank himself without involving the Court.  The money in his account is now "unblocked."**

The Petition is therefore **DENIED** because it is unnecessary.  As ordered by the Court on November 1, 2013, now that Ronald has turned 18, he has full access to the funds in the formerly blocked account.

**IT IS SO ORDERED**.

Date: August 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**